ANA PERDOMO PAZ, ENRIQUE
VILLAROEL, ERVIN ROMERO, and
JONATHAN RIOS, individually and on
behalf of all others similarly situated,

*Plaintiffs,*

-v-

AXIS HOSPITALITY CONSTRUCTION,
LLC; UPLAND HOSPITALITY GROUP
LLC; VARGAS DEMO AND PAINT, LLC;
JOSE VARGAS; and MELVIN AGUILAR,

*Defendants.*

Case No.: 1:24-cv-01764-AJT-IDD

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Named Plaintiffs Ana Perdomo Paz, Enrique Villaroel, Ervin Romero, and Jonathan Rios, on behalf of themselves and all opt-in Plaintiffs (collectively, "Plaintiffs"), by counsel and pursuant to Federal Rule of Civil Procedure 55(b)(2) and the Court's June 23, 2025 Order directing Plaintiffs to file a motion for default judgment, Doc. 66, respectfully move this Court for entry of a Default Judgment against Defendants Upland Hospitality Group LLC ("Upland"), Vargas Demo and Paint, LLC ("Vargas Demo"), Jose Vargas, and Melvin Aguilar (collectively, the "Defaulted Defendants"). In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs commenced this Fair Labor Standards Act ("FLSA") collective action, together with Virginia statutory wage claims, on October 4, 2024. Doc. 1.

2. Plaintiffs duly served each Defaulted Defendant with the Summons and Complaint between December 3, 2024, and March 19, 2025, as reflected in the affidavits of service filed at Docs. 9–10, 30, 43.

3. None of the Defaulted Defendants filed a responsive pleading or otherwise defended within the time prescribed by Federal Rule of Civil Procedure 12(a).

4. Upon Plaintiffs' request, the Clerk of Court entered default against each Defaulted Defendant on June 24, 2025. Doc. 67.

5. As set forth in the accompanying Memorandum in Support, the First Amended Complaint alleges facts that, taken as true by virtue of default, establish that the Defaulted Defendants were Plaintiffs' joint employers and violated the minimum-wage, overtime, and timely-payment provisions of the FLSA, the Virginia Wage Payment Act ("VWPA"), the Virginia Overtime Wage Act ("VOWA"), and the Virginia Minimum Wage Act ("VMWA").

6. Plaintiffs' sworn declarations, time records, and damages spreadsheet demonstrate that the Defaulted Defendants owe Plaintiffs $332,311.64 in unpaid wages and overtime. Pursuant to the FLSA, VWPA, and VOWA's mandatory liquidated-damages provisions, Plaintiffs are entitled to an equal amount in liquidated damages. The VWPA further entitles Plaintiffs to treble damages, statutory penalties, and pre-judgment interest for unpaid regular wages. In total, Plaintiffs seek entry of judgment in the amount of $999,687.35 against the entity defendants and $664,623.29 against the individual defendants, as detailed in the memorandum in support and Proposed Order submitted herewith.

7. Pursuant to 29 U.S.C. § 216(b) and Va. Code §§ 40.1-29(J), 40.1-29.2, and 40.1-28.12(D), Plaintiffs are also entitled to reasonable attorneys' fees and costs, which will be sought by separate fee petition.

WHEREFORE, Plaintiffs respectfully request that the Court:

1. Grant this Motion and enter the Proposed Order Granting Plaintiffs' Motion for Default Judgment submitted contemporaneously herewith;

2.	Enter judgment, jointly and severally, against Upland Hospitality Group LLC and Vargas Demo and Paint, LLC in the amount of $999,687.35, plus post-judgment interest under 28 U.S.C. § 1961;

3.	Enter judgment, jointly and severally, against Jose Vargas and Melvin Aguilar in the amount of $664,623.29, plus post-judgment interest;

4.	Award Plaintiffs their reasonable attorneys' fees and costs, to be determined upon timely fee petition;

5.	Retain jurisdiction over this matter to enforce the judgment, adjudicate Plaintiffs' fee petition, and supervise post-judgment discovery and collection; and

6.	Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this August 4, 2025,

 /s/ Robert W.T. Tucci
Robert W.T. Tucci (VSB # 97446)
ZIPIN, AMSTER, & GREENBERG LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Telephone:	(301) 587-9373
Facsimile:	(240) 839-9142
Email: rtucci@zagfirm.com

*Counsel for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

On August 4, 2025, I served ☐ *the original* ☒ *a true copy* of the foregoing document entitled:

- **PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

on all the appearing and/or interested parties in this action as follows:

<u>**ELECTRONIC TRANSMISSION ONLY:**</u>

Douglas M. Grimsley (VA Bar No. 70099)
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, Pennsylvania 15222
(412) 281.7272 – Telephone
(888) 811.7144 – Facsimile
dgrimsley@dmclaw.com

Scott A. Fenton (0068097)
Pro Hac Vice Admittance Granted 12/11/24
Dickie McCamey & Chilcote, P.C.
10 West Broad Street, Suite 1950
Columbus, Ohio 43215
(614) 484.1190 – Telephone
(888) 811.7144 – Facsimile
sfenton@dmclaw.com

Kristin L. Wedell (0072500)
Pro Hac Vice Admittance Granted 12/11/24
Dickie McCamey & Chilcote, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio 44114
(216) 685.1827 – Telephone
(888) 811.7144 – Facsimile
kwedell@dmclaw.com

*Attorneys for Defendant Axis Hospitality*
*Construction, LLC*

<u>**MAIL ONLY:**</u>

Registered Agents Inc.
8401 Maryland Drive, Suite S

Henrico, Virginia 23294

*Agent for Service of Process of Defendant*
*Upland Hospitality Group LLC*

Suhelen Pacheco Lopez
1106 Clayton Ln., Suite 524
Austin, Travis County, Texas 78723

*Agent for Service of Process of Defendant*
*Vargas Demo and Paint, LLC*

Defendant Jose Vargas

Defendant Melvin Aguilar

☒ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Silver Spring, Maryland in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of ZIPIN, AMSTER, & GREENBERG LLC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by the USPS for overnight delivery.

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission through either the Court's CM/ECF system, via electronic mail, or an electronic service provider to the addressee(s) listed above on the date below.

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed on August 4, 2025, at Silver Spring, Maryland.

*/s/ Robert Tucci*
Robert W.T. Tucci